In the Matter of the Application of St. WILLIAM'S CHURCH, RAQUETTE LAKE, NEW YORK, to Perpetuate the Testimony of SCHUYLER KATHAN, RICHARD J. COLLINS, DENNIS DILLON and WILLIAM G. HOWARD. ST. WILLIAM'S CHURCH, RAQUETTE LAKE, NEW YORK, Respondent, v. THE PEOPLE OF THE STATE OF NEW YORK, Appellant.— Motion denied. Bliss, Heffernan, Schenck and Foster, JJ., concur; Hill, P. J., dissents on the ground that the State should pay its obligations.

MARY DROZDA, MICHAEL ANDREJKO, JR., WILLIAM BICSKO and All Others Similarly Situated, Appellants, v. NICHOLAS M. BASSOS, JOHN BEZEK, FRANK LISICK, JR., MICHAEL FIRDA, FRANK LISICK, JOHN KORT, FRANK IVANO, MICHAEL CHALACHAM, FRANK HERMAN and FRANK ZUBAL, Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Bliss, Heffernan, Schenck and Foster, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. TONY RAKIEC and CHARLES SHAMBROCK, Appellants.— On an appeal by the defendants from conviction and sentence this court handed down its decision on October 31, 1940 [260 App. Div. 452], that the judgment of conviction be reversed " upon the law and facts, and new trial-granted upon the ground that the defendant Shambrock was not permitted to testify fully as to his whereabouts on the night of the alleged crime." The People now move to resettle the order entered upon this decision so as to strike out the statement that the reversal was upon the facts as well as upon the law. Upon the appeal no question was raised by the defendants with regard to the facts or to the weight of the evidence. No point was made that the convictions were not justified by the evidence presented upon the trial, nor did the majority or dissenting opinion discuss the sufficiency of the evidence. The sole questions involved were the constitutionality of section 295-l of the Code of Criminal Procedure and whether this section was applicable to the defendants as well as to their witnesses in their behalf, and the argument dealt solely with these questions. The mere posing of these questions demonstrates that they are of law only. The motion should be granted. Motion granted. Present — Hill, P. J., Bliss, Heffernan, Schenck and Foster, JJ.

WARREN H. MEREDITH, JR., Appellant, v. FIRST TRUST COMPANY OF ALBANY, Respondent.— Motion to resettle decision. Motion denied. [See 260 App. Div. 517.] Present — Hill, P. J., Crapser, Bliss, Heffernan and Foster, JJ. [See, also, ante, p. 843.]

WARREN H. MEREDITH, JR., Appellant, v. FIRST TRUST COMPANY OF ALBANY, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. [See 260 App. Div. 517.] Present — Hill, P. J., Crapser, Bliss, Heffernan and Foster, JJ. [See, also, ante, p. 843.]

KATHERINE MAHAR, as Administratrix, etc., of JOHN MAHAR, Deceased, Respondent, v. METROPOLITAN LIFE INSURANCE COMPANY, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Motion for certification of questions denied. Present — Hill, P, J., Bliss, Heffernan, Schenck and Foster, JJ.

GEORGE B. RAY and OLIVE E. RAY, Respondents, v. CANTON CO-OPERATIVE FIRE INSURANCE COMPANY and Others, Appellants.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Hill, P. J., Bliss, Heffernan, Schenck and Foster, JJ.